19 So.2d 855

**Walker TINDELL, alias v. STATE.**

4 Div. 871.

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

17 So.2d 189

**John Young TRAMMELL v. STATE.**

7 Div. 763.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 885

**Don TUCKER v. Jack MARTIN.**

4 Div. 855.

Court of Appeals of Alabama.
May 23, 1944.

A. L. Patterson, of Phenix City, for appellant.
Roy L. Smith, of Phenix City, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 885

**Roman TUCKER v. STATE.**

2 Div. 734.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

12 So.2d 875

**Dan TURBYFILL v. STATE.**

8 Div. 315.

Court of Appeals of Alabama.
March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 897

**Dan TURBYFILL v. STATE.**

8 Div. 459.

Court of Appeals of Alabama.
Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.